

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00038-CV

| | | |
|---|---|---|
| Kalsoom Ahmad | § | From the 324th District Court of |
| | § | Tarrant County (324-494783-11) |
| v. | | |
| | § | July 17, 2014 |
| Ishfaq Ahmad | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kalsoom Ahmad shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
Justice Anne Gardner